AO 91 (Rev. 11/11)  Criminal Complaint

CLERK'S OFFICE
AT HARRISON...
FILED
NOV 0 5 2013
JULIA C. DU...
BY: /s/ C. Dotson
DEPUTY C...

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Michael G. Morris<br><br>Defendant(s) | )<br>)<br>) Case No. 3 13mj00054<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2013__ in the county of __Albemarle__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit, which is incorporated in full herein.

☑ Continued on the attached sheet.

_/s/ Nicholas Rudman_
Complainant's signature

TFO Nicholas Rudman, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/05/2013

_/s/ James G. Welsh_
Judge's signature

City and state: Harrisonburg, Virginia

James G. Welsh, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

HARRISONBURG, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | HONORABLE JAMES G. WELSH |
| V. | ) | |
| | ) | Criminal No. 3:13mj00054 |
| Michael G. Morris | ) | |

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

1. I, Nicholas Rudman III, am a sworn member of the Charlottesville Police Department for approximately 13 years. I am currently assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer. I was deputized as a Special Deputy United States Marshal on January 25, 2011 and most recently on January 6, 2013. As a Task Force Officer of the FBI, I am currently assigned to investigations of criminal matters including the one set out in this affidavit which concerns an investigation related to child exploitation and child pornography. I am currently assigned to the Richmond Division of the FBI. The information set forth in this affidavit is based on information provided to me by FBI Special Agents, other Law Enforcement Officers, and on my investigation of this matter. I have not included each and every fact known to me concerning the investigation. Rather I have set forth only those facts necessary to establish probable cause.

2. On January 6, 2012 and March 19, 2013, there were two peer-to-peer (P2P) file sharing sessions. On January 6, 2012, TFO Schmitt assigned to the FBI Charlotte Division, logged onto the Internet in an undercover capacity and accessed the P2P network. A P2P software client program was used to connect directly to IP address 107.4.135.129 and obtained files directly from this IP address. The files downloaded have names containing words which are, based on my training and experience, indicative of child pornography, such as "PTHC. The term "PTHC" is to your Affiant as a child pornography term that stands for "Preteen Hard Core."

3. On January 6, 2012, TFO Schmitt initiated multiple single source downloads from IP address 107.4.135.129 between 4:02 p.m. and 4:36 p.m. TFO Schmitt downloaded approximately six files containing suspected child pornography. Your Affiant has viewed the downloaded files and describes below two files downloaded by TFO Schmitt from the subject IP address 107.4.135.129 File Title: "kimmy – 14 y.o. (1-4) big cumshot.wmv" This video is 28 seconds in length and depicts a young female that appears to be about 12 to 14 years old performing oral sex on an adult male.

    a. Title "(pthc)_lolifuck)_Kimmy_-_14_y.mpg" This video depicts a young female about 12 to 14 years old performing oral sex on an adult male penis. This video is 23 seconds in length.



    b. Title "(pthc)_lolifuck)_Kimmy_-_14_y.mpg" This video depicts a young female about 12 to 14 years old performing oral sex on an adult male penis. This video is 23 seconds in length.

4. On March 19, 2013, TFO Schmitt initiated multiple single source downloads from IP address 107.4.135.129 between 3:57 p.m. and 5:04 p.m. TFO Schmitt downloaded approximately seventeen complete files and two partial files containing suspected child pornography. Your Affiant has viewed the downloaded files and describes below three files shared by the subject IP address:
    a. File Title: "!NEW(pthc) Nata-cumshot" This video is 17 seconds in length and shows a prepubescent female about eight- years-old and an adult male ejaculating on her mouth.

    b. File Title: "(Pthc)!!!NEW!!! ann E-BlueHotel_05(Ann@8)(1)" This video is 3 minutes and 24 seconds in length showing a prepubescent female about eight- years-old naked being digitally penetrated by an adult male.

    c. File Title: "kimmy – 14 y.o. (1-4) big cumshot.wmv" This video is 28 seconds in length and depicts a young female that appears to be about 12 to 14 years old performing oral sex on an adult male penis.

5. According to an open source Internet research tool, IP address 107.4.135.129 was located in Crozet, VA and was registered to Comcast. Pursuant to an administrative subpoena, Comcast revealed that on 107.4.135.129 for January 6, 2013 between 4:02 p.m. and 4:36 p.m., (during the time of the downloads), IP address 107.4.135.129, was assigned to Michael G. Morris, and Internet Service was provided to 1865 Bargamin Loop, Crozet, VA 22932.

6. On November 1, 2013, your Affiant received subpoena results from the P2P software used by the suspect in this case. The subpoena results indicate "Funshooter2006" logged into the P2P account approximately one hundred and ninety two times between January 3, 2013 and October 28, 2013 utilizing the IP address 107.4.135.129.

7. A search of CLEAR, a subscriber-only public records database, for 1865 Bargamin Loop, Crozet, VA 22932, revealed a Michael G. Morris, born in 1963, Social Security Number XXX-XX-5710, residing at the PREMISES. CLEAR also revealed a second individual, Linda J. Morris, a 49 year-old female, as residing at the PREMISES.

8. Virginia Department of Motor Vehicle (DMV) records indicate that Michael G. Morris currently is licensed and assigned Virginia license number F24621199, registered address 1865 Bargamin Loop, Crozet, VA 22932.

9. On March 26, 2012 and October 30, 2013, physical surveillance of the property located at 1865 Bargamin Loop, Crozet, VA 22932 was completed. During the surveillance, TFO Nicholas Rudman scanned for wireless networks. A wireless network named "morris" was the strongest signal near the target residence and it is a secure wireless access point.

10. Michael G. Morris currently works at the University of Virginia as an Associate Dean for Graduate Programs and Professor of Commerce. According to the University of Virginia faculty directory Michael G. Morris has a UVA email address of mmoris@virginia.edu. Your Affiant has identified, through Virginia Employment Commission records, that Michael Morris has been employed with the University of Virginia since January 2007. On April 24,



2012, Undercover Law Enforcement Software captured the P2P user name "Funshooter2006" logging into his account from UVA IP Address 128.143.40.35.

11. Your Affiant did a profile look up on the above-referenced P2P file sharing network used by "Funshooter2006". The username "Funshooter2006" has been a user since November 16, 2006 and has the "ultimate" account. The ultimate account is a paid upgrade from the standard account. The ultimate account gives the user an option of password protecting folders and has the options of having more friends/contacts

12. As stated above, on November 1, 2013, your Affiant received subpoena results from the P2P software used by the suspect in this case. The subpoena results identified Paypal payments to this P2P software using the email address of mmoris@virginia.edu on August 5, 2010. Additional payments for the P2P service include the company "Worldpay" using the email of Funshooter2006@yahoo.com on March 7, 2011. Worldpay is a payment processing company. It provides payment services for mail order and Internet retailers, as well as point of sale transactions. PayPal is a global e-commerce business allowing payments and money transfers to be made through the Internet.

13. As of November 5, 2013, your affiant is not aware of any other people residing at the residence of 1865 Bargamin Loop, Crozet, VA 22932 other than Michael G. Morris and Linda J. Morris.

## CONCLUSION

14. Based on the information set forth in this affidavit and the history of Michael G. Morris, I submit that there is probable cause to believe:

    a. That on or about January 6, 2013 and March 19, 2013, Michael G. Morris knowingly distributed or received a visual depiction using any means or facility of interstate or foreign commerce and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

_____
Nicholas Rudman III
Task Force Officer
Federal Bureau of Investigation
Richmond, Virginia

Subscribed and sworn to before me this 5th day of November, 2013.

_____
HONORABLE JAMES G. WELSH
U.S. Magistrate Judge

